# LAW OFFICE OF KENDRICK L. MOXON, P.C.

KENDRICK L. MOXON

ADMITTED IN
CALIFORNIA AND
THE DISTRICT OF COLUMBIA

3500 WEST OLIVE AVE
SUITE 300
BURBANK, CALIFORNIA 91505

TELEPHONE (818) 827 7104
TELECOPIER (818) 827-7114
kmoxon@kmoxonlaw.com

June 21, 2016

Food and Drug Administration
Division of Freedom of Information
Office of the Executive Secretariat, OC
5630 Fishers Lane, Room 1035
Rockville, MD 20857

Re: FOIA Request Regarding Communications with MECTA Corporation

On behalf of my client, Citizens Commission on Human Rights, pursuant to the federal Freedom of Information Act I hereby formally request production of:

Copies of all communications between the FDA and MECTA Corporation.

To aid you to locate responsive records, please be advised that for the past 30 or more years, MECTA has sought and received approval pursuant to section 510(k) for authority to market Electroconvulsive Therapy devices manufactured by MECTA. I seek all correspondence between MECTA and the FDA, dated from 2000 to the present.

I hereby authorize the expenditure of up to $150 for the search and duplication of the requested records. Please contact me if the estimate is higher than this amount. However, my client is a non-profit public benefit organization which will disseminate the information to the public when received, thus a fee waiver is requested.

Please contact me at the above listed email address and/or phone number with any questions.

Sincerely,

Kendrick Moxon