NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827
    Facsimile: (213) 894-7819
    E-mail: Jason.Axe@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CITIZENS COMMISSION ON HUMAN RIGHTS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>    Defendant. | No. CV 18-05320 CBM (AFMx)<br><br>**ANSWER OF DEFENDANT TO PLAINTIFF'S COMPLAINT** |

     Defendant, acting by and through its undersigned attorneys, hereby answers the allegations in Plaintiff's Complaint as follows:

     1.    The allegations contained in the first sentence of paragraph 1 of the Complaint constitute Plaintiff's characterization of the case to which no response is required. To the extent a response is deemed required, Defendant denies the allegations contained in paragraph 1 of the Complaint.

2. Defendant lacks knowledge sufficient to form a belief as to the truth of the matters asserted in paragraph 2 of the Complaint and on that basis denies them.

3. Defendant admits only that it is an agency in the United States Department of Health and Human Services and has at least one duty station in Los Angeles County. Defendant denies the remaining allegations contained in paragraph 3 of the Complaint.

4. Defendant denies the allegations contained in the first two sentences of paragraph 4 of the Complaint. The allegations contained in the third sentence of paragraph 4 of the Complaint constitute allegations of jurisdiction to which no response is required. To the extent a response is deemed required, Defendant denies the allegations contained in the third sentence of paragraph 4 of the Complaint.

5. Defendant admits that Plaintiff submitted a FOIA request to FDA on June 21, 2016, but denies Plaintiff's characterization of that response, contained in the first sentence of paragraph 5 of the Complaint, as "simple." Defendant admits the allegations contained in the second sentence of paragraph 5 of the Complaint.

6. Defendant admits only that it sent an email to Plaintiff's counsel on June 14, 2017, and that email speaks for itself. Defendant denies the remaining allegations contained in paragraph 6 of the Complaint.

7. Defendant admits only that Plaintiff's counsel sent an email to the FDA on June 14, 2017, and that email speaks for itself. Defendant denies the remaining allegations contained in paragraph 7 of the Complaint.

8. Defendant admits only that it sent a follow-up email to Plaintiff's counsel on June 14, 2017, and that email speaks for itself. Defendant denies the remaining allegations contained in paragraph 8 of the Complaint.

9. Defendant admits only that there were email communications with Plaintiff's counsel between July 11, 2017, and July 12, 2017, and that those emails

speak for themselves. Defendant denies the remaining allegations contained in paragraph 9 of the Complaint.

10. Defendant admits only that it sent an email to Plaintiff's counsel on July 24, 2017, and that email speaks for itself. Defendant denies the remaining allegations contained in paragraph 10 of the Complaint.

11. Defendant admits only that it sent an email to Plaintiff's counsel on August 14, 2017, and that email speaks for itself. Defendant denies the remaining allegations contained in paragraph 11 of the Complaint.

12. Defendant admits only that there were email communications with Plaintiff's counsel between September 20, 2017, and September 27, 2017, and those emails speak for themselves. Defendant denies the remaining allegations contained in paragraph 12 of the Complaint.

13. Deny.

14. Defendant admits only that Plaintiff's counsel sent FDA a letter dated October 10, 2017, that there were email communications with Plaintiff's counsel between October 17, 2017, and November 11, 2017, and that those emails speak for themselves. Defendant denies the remaining allegations contained in paragraph 14 of the Complaint.

15. Defendant admits only that it received an administrative appeal from Plaintiff's counsel by letter dated January 16, 2018, alleging "denial of access to records, FDA No. 2016-5287." Defendant denies the remaining allegations contained in paragraph 15 of the Complaint.

16. Deny.

17. The allegations of paragraph 17 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations contained in paragraph 17 of the Complaint.

///

18. The remainder of the Complaint constitutes Plaintiff's prayer for relief to which no response is required. To the extent that a response is deemed required, the allegations of the prayer for relief are denied. Plaintiff should take nothing at all.

19. Any allegation contained in Plaintiff's Complaint that has not been admitted or denied is hereby denied.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against Defendant upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

### SECOND AFFIRMATIVE DEFENSE

The Complaint purports to impose obligations upon Defendant that exceed those imposed by the Freedom of Information Act ("FOIA").

### THIRD AFFIRMATIVE DEFENSE

Plaintiff is not entitled to compel the production of records that are exempt from disclosure under FOIA or under other provisions of law, or to compel the production of records that are not subject to FOIA.

### FOURTH AFFIRMATIVE DEFENSE

Defendant is not improperly withholding any responsive documents.

### FIFTH AFFIRMATIVE DEFENSE

At all times alleged in the Complaint, Defendant acted in good faith, with justification, and pursuant to authority.

///
///
///
///
///
///
///

1 | WHEREFORE, Defendant prays for judgment dismissing Plaintiff's Complaint, and awarding Defendant its costs and disbursements in this action, and for such other and further relief as the Court may deem just and proper.

Dated: December 10, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

 /s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant