1

2

3

4

5

6

7

8

9

10 UNITED STATES DISTRICT COURT

11 FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 WESTERN DIVISION

13

CITIZENS COMMISSION ON
14 HUMAN RIGHTS,

15 Plaintiff,

16 v.

UNITED STATES FOOD AND DRUG
17 ADMINISTRATION,

18 Defendant.

19

No. CV 18-05320 CBM (JPRx)

**DISMISSAL ORDER**
[JS-6]

Honorable Consuelo B. Marshall

20

21

22

23

24

25

26

27

28

1       Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the

2 separately filed stipulation of the parties, this action is dismissed. The Court shall retain

3 jurisdiction over the issue of attorney's fees. All pending motions are hereby taken off

4 calendar and now moot.

5

6

   Dated: January 8, 2020

7

_____

Consuelo B. Marshall

United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28